IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY HASH,<br>         Plaintiff, | 3:21-cv-01374-SB |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>         Defendant. | ORDER |

It is hereby ORDERED that attorney fees in the amount of $4,182.97 shall be awarded to

Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be

paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in

*Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer

or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office[1] as

follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O.

Box 14490, Portland, OR 97293.  If Plaintiff has a debt, then any remaining funds after offset of

the debt shall be made to Plaintiff and sent via electronic funds transfer or by check mailed to

Plaintiff's attorney's office at the address stated above.

DATED this ___26th___ day of ___April_____, 2023.

*Stacie F. Beckerman*
_____
Hon. Stacie F. Beckerman
United States Magistrate Judge

_____

[1] Formerly known as Schneider Kerr & Robichaux.

Submitted by:

Kevin Kerr, OSB #080934
kevin.kerr@GetSSD.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff